# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 24, 2013

No. 13-20154
Summary Calendar

Lyle W. Cayce
Clerk

In the Matter of:  JAMESON LUKE THOTTAM,

Debtor

PETER THOTTAM, JPL TRUST,

Appellants

v.

JAMESON LUKE THOTTAM,

Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-2133

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The district court affirmed the bankruptcy court's order of dismissal. Reviewing the bankruptcy court's findings of fact for clear error and conclusions

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of law *de novo*,[1] we AFFIRM essentially for the reasons given by the district court in its Order.

---

[1] *See In re SI Restructuring Inc..*, 714 F.3d 860, 863 (5th Cir. 2013).